No. 92–5507.  BROWN *v.* UNITED STATES; and

No. 92–5508.  BROWN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 954 F. 2d 1563.

No. 92–5509.  WILSON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–5512.  SUGUI *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.  Certiorari denied.

No. 92–5516.  MAKER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–5517.  LOMBARDO *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–5521.  SULLIVAN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 92–5522.  McKNIGHT *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 92–5525.  MEDRANO-ELIZONDO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–5532.  HOUSTON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–5535.  GUERRERO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–5536.  HILLIARD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–5547.  BULL *v.* EUBANKS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–5550.  BARSTEN *v.* DEPARTMENT OF THE INTERIOR. C. A. 9th Cir.  Certiorari denied.

No. 92–5551.  COVINGTON *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTION.  Sup. Ct. Va.  Certiorari denied.

No. 92–5555.  ROWLAND *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.